UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| Peggy Lee Bryce and Franklin Leonard Bryce, Sr.<br><br>(Debtors) | Case no. 19-25056<br><br>Chapter 13 |
| Peggy Lee Bryce and Franklin Leonard Bryce, Sr.<br><br>Movants | |
| U.S. Bank Trust, N.A., as Trustee of the Igloo Series IV Trust,<br><br>Respondent | |

NOTICE OF SERVICE OF DISCOVERY

The undersigned Counsel gives notice that on December 6, 2021, Counsel served this

Notice of Service of Discovery, together with Interrogatories to Respondent and

Request for Production of Documents, by first class mail, postage prepaid and by email to

the following persons:

Gene Jung   gjung@mtglaw.com


Gene Jung
McMichael Taylor Gray
11900 Parklawn Drive, Suite 320
Rockville, MD  20852

/s/ J. Michael Broumas
J. Michael Broumas, Esquire
Broumas Law Group LLC
8370 Court Avenue, Suite 203
Ellicott City, Maryland 21043
(410)840-7575

Counsel for Debtor(s)